UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOTHAM CITY ORTHOPEDICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA, CIGNA CORPORATION, CIGNA HEALTHCARE, CIGNA HEALTH CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, NON-NEW JERSEY CIGNA PLANS 1-10 and JOHN DOES 1-10, <br><br> Defendants. | CIVIL ACTION NO.: <br><br> COMPLAINT AND JURY DEMAND |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Gotham City Orthopedics, LLC, certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**BRACH EICHLER L.L.C.**

By: /s/ Keith J. Roberts
Keith J. Roberts, Esq.
Shannon Carroll, Esq.
Paul M. Bishop, Esq.
Email: kroberts@bracheichler.com
101 Eisenhower Parkway
Roseland, NJ  07068
Telephone: 973.228.5700
*Attorneys for Plaintiff*

Dated: February 2, 2021